**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re: | CLEARY, KEVIN § | Case No. 11-12735 |
| | CLEARY, PEGGY § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>ILENE F. GOLDSTEIN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   219 South Dearborn Street, Room 710
   Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee.  If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at North Branch Court (Round Lake Beach) 1792 Nicole Lane Round Lake Beach, Illinois 60073  on 07 / 20 /12at 1:30 p.m. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 05/16/2012        By:   /s/ Ilene F. Goldstein
                                                                                        Trustee

ILENE F. GOLDSTEIN
850 Central Avenue
Suite 200
Highland Park, IL  60035
(847) 926-9595

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: CLEARY, KEVIN | § | Case No. 11-12735 |
| CLEARY, PEGGY | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 20,000.67 |
| *and approved disbursements of* | $ 8,238.34 |
| *leaving a balance on hand of* [1] | $ 11,762.33 |
| **Balance on hand:** | $ 11,762.33 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 11,762.33 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - ILENE F. GOLDSTEIN | 1,950.07 | 0.00 | 1,950.07 |
| Attorney for Trustee, Fees - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 2,680.00 | 0.00 | 2,680.00 |
| Attorney for Trustee, Expenses - LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 65.00 | 0.00 | 65.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 4,695.07 |
| Remaining balance: | $ 7,067.26 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 7,067.26

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 7,067.26

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 69,231.87 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | FIA CARD SERVICES, N.A. | 25,452.32 | 0.00 | 2,598.20 |
| 2 | Chase Bank USA, N.A. | 28,132.05 | 0.00 | 2,871.75 |
| 3 | Chase Bank USA, N.A. | 15,647.50 | 0.00 | 1,597.31 |

Total to be paid for timely general unsecured claims: $ 7,067.26
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By:  /s/ILENE F. GOLDSTEIN

ILENE F. GOLDSTEIN
850 Central Avenue
Suite 200
Highland Park, IL  60035
(847) 926-9595

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 11-12735-ABG
Kevin Cleary                                                            Chapter 7
Peggy Cleary
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0752-1        User: adragonet        Page 1 of 2        Date Rcvd: Jun 18, 2012
                            Form ID: pdf006        Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2012.
db/jdb       #+Kevin Cleary,   Peggy Cleary,   620 Oxbow Lane,   Barrington, Il 60010-3536
17026459     +Bac Home Loans Servici,   450 American St,   Simi Valley, CA 93065-6285
17026461     +Chase,   Po Box 15298,   Wilmington, DE 19850-5298
17665823      Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
17026462     +Citi,   Po Box 6241,   Sioux Falls, SD 57117-6241
17026456     +Cleary Kevin,   620 Oxbow Lane,   Barrington, IL 60010-3536
17026457     +Cleary Peggy,   620 Oxbow Lane,   Barrington, IL 60010-3536
17599794      FIA CARD SERVICES, N.A.,   Bank of America, N.A. (USA),   MBNA America Bank, N.A.,
               P.O. Box 15102,   Wilmington, DE 19886-5102
17026458     +Law Offices of James M Kelly,   119 N Northwest Highway,   Palatine, IL 60067-5324
17026464     +Principal Bank,   711 High St,   Des Moines, IA 50392-9992

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17026463     +E-mail/Text: bankrup@nicor.com Jun 19 2012 03:05:57   Nicor Gas,   1844 Ferry Road,
               Naperville, IL 60563-9600
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17026460     ##+Bk Of Amer,   Po Box 17054,   Wilmington, DE 19850-7054
                                                                                  TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 20, 2012**                    **Signature:**   _/s/ Joseph Speetjens_

```
District/off: 0752-1          User: adragonet         Page 2 of 2           Date Rcvd: Jun 18, 2012
                              Form ID: pdf006         Total Noticed: 11
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2012 at the address(es) listed below:
```
          Ilene F Goldstein     ifgolds@aol.com, IL35@ecfcbis.com
          James M Kelly    on behalf of Debtor Kevin Cleary jkellylaw94@yahoo.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                 TOTAL: 3
```