**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re: CLEARY, KEVIN | § | Case No. 11-12735 |
| CLEARY, PEGGY | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

  ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 *(without deducting any secured claims)* | Assets Exempt: $14,300.00 |
| Total Distribution to Claimants: $7,067.26 | Claims Discharged Without Payment: $62,164.61 |
| Total Expenses of Administration: $4,933.41 | |

  3)  Total gross receipts of $ 20,000.67  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 8,000.00 (see **Exhibit 2**), yielded net receipts of $12,000.67 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,933.41 | 4,933.41 | 4,933.41 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 69,231.87 | 69,231.87 | 7,067.26 |
| **TOTAL DISBURSEMENTS** | $0.00 | $74,165.28 | $74,165.28 | $12,000.67 |

4) This case was originally filed under Chapter 7 on March 28, 2011. The case was pending for 20 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/10/2012           By: /s/ILENE F. GOLDSTEIN
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Jewelry- engagement ring | 1129-000 | 20,000.00 |
| Interest Income | 1270-000 | 0.67 |
| **TOTAL GROSS RECEIPTS** | | **$20,000.67** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Kevin and Peggy Cleary | Exemption to Debtor | 8100-002 | 8,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$8,000.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILENE F. GOLDSTEIN | 2100-000 | N/A | 1,950.07 | 1,950.07 | 1,950.07 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3110-000 | N/A | 2,680.00 | 2,680.00 | 2,680.00 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3120-000 | N/A | 65.00 | 65.00 | 65.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Code | | | | |
|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 26.14 | 26.14 | 26.14 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.95 | 25.95 | 25.95 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 11.25 | 11.25 | 11.25 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $4,933.41 | $4,933.41 | $4,933.41 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | FIA CARD SERVICES, N.A. | 7100-000 | N/A | 25,452.32 | 25,452.32 | 2,598.20 |
| 2 | Chase Bank USA, N.A. | 7100-000 | N/A | 28,132.05 | 28,132.05 | 2,871.75 |
| 3 | Chase Bank USA, N.A. | 7100-000 | N/A | 15,647.50 | 15,647.50 | 1,597.31 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $69,231.87 | $69,231.87 | $7,067.26 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-12735  
**Case Name:** CLEARY, KEVIN  
CLEARY, PEGGY  
**Period Ending:** 12/10/12

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 03/28/11 (f)  
**§341(a) Meeting Date:** 05/20/11  
**Claims Bar Date:** 10/21/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 620 Oxbow Lane, Barrington<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 550,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 100.00 | 100.00 | | 0.00 | FA |
| 3 | Bank Accounts certificates of deposit or in bank<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 200.00 | 200.00 | | 0.00 | FA |
| 4 | Household Goods audio, video, and computer<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 5 | Clothing<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 1,500.00 | 0.00 | | 0.00 | FA |
| 6 | Jewelry- engagement ring<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 5,800.00 | 1,325.00 | | 20,000.00 | FA |
| 7 | 20% Membership in LLC that 37 W. 107 Street, Chi<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 23,000.00 | 23,000.00 | | 0.00 | FA |
| 8 | 49% Owner of business - RCP Construction and Con<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 9 | 1999 GMC Sierra (135,000 miles)<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 5,500.00 | 700.00 | | 0.00 | FA |
| 10 | 2002 Chrysler Town and Country (122,000 miles)<br>  Orig. Asset Memo: Imported from original petition<br>Doc# 1 | 3,525.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.67 | Unknown |
| 11 | **Assets   Totals** (Excluding unknown values) | **$591,625.00** | **$27,325.00** | | **$20,000.67** | **$0.00** |

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 11-12735  
**Case Name:** CLEARY, KEVIN  
CLEARY, PEGGY  
**Period Ending:** 12/10/12

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 03/28/11 (f)  
**§341(a) Meeting Date:** 05/20/11  
**Claims Bar Date:** 10/21/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

STATUS: THE TRUSTEE RECENTLY COLLECTED ON AN INSURANCE CLAIM. THE TRUSTEE IS NOW PROCEEDING TO CLOSE THE CASE.

**Initial Projected Date Of Final Report (TFR):** April 30, 2013  **Current Projected Date Of Final Report (TFR):** December 31, 2012

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-12735  
**Case Name:** CLEARY, KEVIN  
CLEARY, PEGGY  
**Taxpayer ID #:** **-***0378  
**Period Ending:** 12/10/12

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******77-65 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/08/11 | {6} | Farmers Insurance | Recovery on insurance claim on ring | 1129-000 | 20,000.00 | | 20,000.00 |
| 07/15/11 | 1001 | Kevin and Peggy Cleary | Exemption to Debtor | 8100-002 | | 8,000.00 | 12,000.00 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 12,000.09 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 12,000.19 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 27.94 | 11,972.25 |
| 09/08/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -2.94 | 11,975.19 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,975.28 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,950.28 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 11,950.38 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,925.38 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,925.47 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.14 | 11,899.33 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 11,899.43 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,874.43 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 11,874.53 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.95 | 11,848.58 |
| 02/15/12 | 1002 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2012 FOR CASE #11-12735, 2012-2013 Bond Premium | 2300-000 | | 11.25 | 11,837.33 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,812.33 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,787.33 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 11,762.33 |
| 07/24/12 | 1003 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $1,950.07, Trustee Compensation; Reference: | 2100-000 | | 1,950.07 | 9,812.26 |
| 07/24/12 | 1004 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $2,680.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,680.00 | 7,132.26 |
| 07/24/12 | 1005 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $65.00, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 65.00 | 7,067.26 |
| 07/24/12 | 1006 | FIA CARD SERVICES, N.A. | Dividend paid 10.20% on $25,452.32; Claim# 1; Filed: $25,452.32; Reference: | 7100-000 | | 2,598.20 | 4,469.06 |
| 07/24/12 | 1007 | Chase Bank USA, N.A. | Dividend paid 10.20% on $28,132.05; Claim# 2; Filed: $28,132.05; Reference: | 7100-000 | | 2,871.75 | 1,597.31 |
| 07/24/12 | 1008 | Chase Bank USA, N.A. | Dividend paid 10.20% on $15,647.50; Claim# 3; Filed: $15,647.50; Reference: | 7100-000 | | 1,597.31 | 0.00 |

Subtotals :   $20,000.67   $20,000.67

{} Asset reference(s)

Printed: 12/10/2012 01:15 PM   V.13.04

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 11-12735  
**Case Name:** CLEARY, KEVIN  
CLEARY, PEGGY  
**Taxpayer ID #:** **-***0378  
**Period Ending:** 12/10/12

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******77-65 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | **20,000.67** | **20,000.67** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **20,000.67** | **20,000.67** | |
| | | | Less: Payments to Debtors | | | 8,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$20,000.67** | **$12,000.67** | |

| | |
|---|---:|
| Net Receipts : | 20,000.67 |
| Less Payments to Debtor : | 8,000.00 |
| Net Estate : | $12,000.67 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---:|---:|---:|
| **Checking # 9200-******77-65** | **20,000.67** | **12,000.67** | **0.00** |
| | **$20,000.67** | **$12,000.67** | **$0.00** |

{} Asset reference(s)    Printed: 12/10/2012 01:15 PM    V.13.04